**B9A** (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)     Case Number **10–21301–tnw**

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/10/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) name(s) and address, including all other names used by the debtor(s) in the last 8 years (married, maiden, and trade names):
Virginia T Boyd–Stephens
fka Virginia T Boyd
6447 Adahi Drive
Independence, KY 41051

| Case Number: | Social Security/Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| 10–21301–tnw | xxx–xx–8407 |
| **Attorney for Debtor(s) (name and address):**<br>Alexander F Edmondson<br>28 W 5th St<br>Covington, KY 41011–1453<br>Telephone number: (859) 491–5551 | **Bankruptcy Trustee (name and address):**<br>Michael L. Baker<br>541 Buttermilk Pk #500<br>PO Box 175710<br>Covington, KY 41011<br>Telephone number: (859) 426–1300 |

### Meeting of Creditors

**Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.**

Date: **July 2, 2010**     Time: **03:20 PM**
Location: **US Courthouse, 1st Fl #178, 35 W 5th St, Covington, KY 41011**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Documents must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 8/31/10**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>US Bankruptcy Court<br>PO Box 1111<br>Lexington, KY 40588–1111<br>Telephone number: (859)233–2608 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jerry D Truitt |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 4:00 PM | Date: 5/11/10 |

**Case information 24 hours per day: VCIS 1–800–998–2650 or (859) 233–2650**
**Visit our website at www.kyeb.uscourts.gov for more information.**

# EXPLANATIONS

B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.<br><br>Failure of the debtor(s) or the attorney for the debtor(s) to attend this meeting, without an order being entered sustaining a motion to continue, will result in a motion to dismiss the within case being filed. Failure of the debtor(s) to comply with the Order to Debtor entered on the same date as this notice, will result in a motion to dismiss the within case being filed. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all documents filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee | The trustee named on the front side is the interim trustee appointed by the U.S. Trustee to serve under general blanket bond. The trustee may give notice of intent to abandon property of the debtor(s) at the scheduled § 341 meeting. |

−−**Refer to Other side for Important Deadlines and Notices** −−

# CERTIFICATE OF NOTICE

```
District/off: 0643-2           User: alisaf              Page 1 of 1           Date Rcvd: May 11, 2010
Case: 10-21301                 Form ID: b9an             Total Noticed: 19

The following entities were noticed by first class mail on May 13, 2010.
 db         +Virginia T Boyd-Stephens,   6447 Adahi Drive,   Independence, KY 41051-9301
 aty        +Alexander F Edmondson,   28 W 5th St,   Covington, KY 41011-1402
 tr         +Michael L. Baker,   541 Buttermilk Pk #500,   PO Box 175710,   Covington, KY 41017-5710
 ust        +U.S. Trustee,   100 E Vine St #500,   Lexington, KY 40507-1441
4220804     +ACB AMERICAN,   P.O. BOX 2548,   CINCINNATI OH 45201-2500
4220806      BP,   PO BOX 15123,   WILMINGTON OH 45177
4220809     +CITI,   P.O. BOX 182564,   COLUMBUS OH 43218-2564
4220812     +GMAC MORTGAGE,   3700 J STREET SW STE 222,   CEDAR RAPIDS IA 52404-4613
4220814      INSIGHT,   7906 DIXIE HWY,   FLORENCE KY 41042-2737
4220815     +PNC,   PO BOX 3429,   PITTSBURGH PA 15230-3429
4220816     +SEARS,   P.O. BOX 183082,   COLUMBUS OH 43218-3082
4220817    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  US BANK,    PO BOX 790408,   SAINT LOUIS MO 63101)

The following entities were noticed by electronic transmission on May 11, 2010.
4220805      EDI: BANKAMER.COM May 11 2010 18:08:00     BANK OF AMERICA,   P.O. BOX 15026,
              WILMINGTON DE 19850-5026
4220807     +EDI: CAPITALONE.COM May 11 2010 18:08:00     CAPITAL ONE,   PO BOX 71083,
              CHARLOTTE NC 28272-1083
4220808     +EDI: CHASE.COM May 11 2010 18:08:00     CHASE,   PO BOX 15153,   WILMINGTON DE 19850-5153
4220810      EDI: DISCOVER.COM May 11 2010 18:08:00     DISCOVER,   P.O. BOX 30943,   SALT LAKE CITY UT 84130
4220811     +EDI: AMINFOFP.COM May 11 2010 18:08:00     FIRST PREMIERE,   PO BOX 5519,
              SIOUX FALLS SD 57117-5519
4220813     +EDI: HFC.COM May 11 2010 18:08:00     HOUSEHOLD,   PO BOX 5222,   CAROL STREAM IL 60197-5222
4220816     +EDI: SEARS.COM May 11 2010 18:08:00     SEARS,   P.O. BOX 183082,   COLUMBUS OH 43218-3082
4220818     +EDI: RMSC.COM May 11 2010 18:08:00     WALMART,   PO BOX 981084,   EL PASO TX 79998-1084
                                                                                             TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 13, 2010**                    **Signature:**    _Joseph Speetjens_