BK1004794
DSP

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON**

| | |
|---|---|
| IN RE: | Case No. 10-21301 |
| Virginia T Boyd-Stephens | Chapter 7<br>Judge Wise |
| Debtor | |
| | **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS OF GMAC MORTGAGE, LLC (PROPERTY LOCATED AT 53 SYLVAN DRIVE, INDEPENDENCE, KY 41051)** |

PLEASE TAKE NOTICE that the undersigned appears for GMAC Mortgage, LLC, Creditor, and, pursuant to Rules 2002, 6007, and 9007 of the Bankruptcy Rules, demand that all Notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notice and papers referred to in the Rules specified above, but also include, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect in any way, the rights and obligations of the above referenced creditor, or, interests with respect to the above

1

captioned debtors, or, which require or seek to require, any act, delivery of any property, payment or other conduct by said creditor.

/s/ Rachel K. Pearson
Rachel K. Pearson
KY Bar Registration #91184
(513) 241-3100 x-3309

LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 354-6464 fax
ekybk@lsrlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Appearance and Demand for Service of Papers of the secured creditor, GMAC Mortgage, LLC, was electronically transmitted on or about May 17, 2010 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

Hon. Alexander F Edmondson
28 W 5th St
Covington, KY 41011
aedmondson@edmondsonlaw.org

Michael L. Baker
541 Buttermilk Pike #500
P.O. Box 175710
Covington, KY 41017-5710
trusteemlb@zslaw.com

Office of the U.S. Trustee
100 East Vine Street, Ste. 500
Lexington, KY 40507
ustpregion08.lx.ecf@usdoj.gov

/s/ Rachel K. Pearson
Rachel K. Pearson
KY Bar Registration #91184
(513) 241-3100 x-3309

LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 354-6464 fax
ekybk@lsrlaw.com

3