BK1004794
SAB

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

IN RE:

|Virginia T Boyd-Stephens

Debtor

Case No. 10-21301

Chapter 7

Judge Wise

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR ABANDONMENT OF PROPERTY OF THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK N.A. AS TRUSTEE BY AND THROUGH GMAC MORTGAGE, LLC ITS SERVICER (PROPERTY ADDRESS: 53 SYLVAN DRIVE, INDEPENDENCE, KY 41051)**

This matter is before the Court upon the Motion for Relief from the Automatic Stay and for Abandonment of Property filed herein by the secured creditor, The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank N.A. as Trustee by and through GMAC Mortgage, LLC its servicer, and it appearing to the Court that the debtor, Debtor's counsel, the Trustee and any lienholders were served with a copy of said Motion as indicated on the Certificate of Service attached to said Motion, and were served with a notice and opportunity for hearing; and it further appearing that Movant's Motion is well

1

taken; accordingly

IT IS ORDERED THAT the automatic stay imposed by Section 362 of the Bankruptcy Code

shall be, and hereby is terminated in all respects as against the said Movant, its successors and assigns,

and that the Trustee's interest in the subject real property is hereby abandoned.

Pursuant to Local Rule 9022-1(c),

shall cause a copy of this order to be served on
each of the parties designated to receive
this order pursuant to Local Rule 9022-1(a)
and shall file with the court a certificate
of service of the order upon such parties
within ten (10) days hereof.

COPIES TO:

Michael L. Baker  - Trustee
541 Buttermilk Pike #500
P.O. Box 175710
Covington, KY 41017-5710
VIA ELECTRONIC SERVICE

Virginia T Boyd-Stephens  - Debtor
6447 Adahi Drive
Independence, KY 41051
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Hon. Alexander F Edmondson  - Attorney for Debtor
28 W 5th St
Covington, KY 41011
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
100 East Vine Street, Ste. 500
Lexington, KY 40507
VIA ELECTRONIC SERVICE

Hon. Rachel K Pearson  - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
VIA ELECTRONIC SERVICE


/s/ Rachel K. Pearson
Rachel K. Pearson
KY Bar Registration #91184
(513) 241-3100 x-3309


LERNER, SAMPSON & ROTHFUSS
PO Box 5480
Cincinnati, OH 45201-5480
(513) 354-6464 fax
ekybk@lsrlaw.com

3

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document
has been signed by the Judge and electronically entered by the Clerk in the
official record of this case.*



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Monday, August 09, 2010
(tnw)**