# UNITED STATES BANKRUPTCY COURT
### Eastern District of Kentucky
### Covington Division

Mailing Address: P.O. Box 1111, Lexington, KY 40588–1111

In Re: Virginia T Boyd–Stephens

    6447 Adahi Drive
    Independence, KY 41051

aka/dba: Virginia T Boyd

SSN/TID: xxx–xx–8407

Debtor(s)

Case Number: 10–21301–tnw

Chapter: 7

## DISCHARGE OF DEBTOR IN A CHAPTER 7 CASE

    It appearing that the debtor is entitled to a discharge, **IT IS ORDERED** the debtor is granted a discharge under section 727 of title 11, United States Code, (The Bankruptcy Code).

By the court –

Dated: 9/3/10

/s/Tracey N. Wise
Tracey N. Wise
U.S. Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0643-2           User: judiw                  Page 1 of 1                  Date Rcvd: Sep 03, 2010
Case: 10-21301                 Form ID: B18                 Total Noticed: 17

The following entities were noticed by first class mail on Sep 05, 2010.
db           +Virginia T Boyd-Stephens,    6447 Adahi Drive,    Independence, KY 41051-9301
4220804      +ACB AMERICAN,    P.O. BOX 2548,    CINCINNATI OH 45201-2500
4220806       BP,   PO BOX 15123,    WILMINGTON OH 45177
4220812      +GMAC MORTGAGE,    3700 J STREET SW STE 222,    CEDAR RAPIDS IA 52404-4613
4220814       INSIGHT,    7906 DIXIE HWY,    FLORENCE KY 41042-2737
4220815      +PNC,    PO BOX 3429,    PITTSBURGH PA 15230-3429
4249241      +THE BANK OF NEW YORK MELLON TRUST COMPANY, NA,    C/O GMAC MORTGAGE, LLC,    1100 VIRGINIA DRIVE,
               FORT WASHINGTON, PA 19034-3204
4220817     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  US BANK,    PO BOX 790408,    SAINT LOUIS MO 63101)
The following entities were noticed by electronic transmission on Sep 03, 2010.
4220805       EDI: BANKAMER.COM Sep 03 2010 19:48:00      BANK OF AMERICA,    P.O. BOX 15026,
               WILMINGTON DE 19850-5026
4220807      +EDI: CAPITALONE.COM Sep 03 2010 19:48:00      CAPITAL ONE,    PO BOX 71083,
               CHARLOTTE NC 28272-1083
4220808      +EDI: CHASE.COM Sep 03 2010 19:48:00      CHASE,    PO BOX 15153,    WILMINGTON DE 19850-5153
4220809       EDI: CITICORP.COM Sep 03 2010 19:48:00      CITI,    P.O. BOX 182564,    COLUMBUS OH 43218-2564
4220810       EDI: DISCOVER.COM Sep 03 2010 19:48:00      DISCOVER,    P.O. BOX 30943,    SALT LAKE CITY UT 84130
4220811      +EDI: AMINFOFP.COM Sep 03 2010 19:48:00      FIRST PREMIERE,    PO BOX 5519,
               SIOUX FALLS SD 57117-5519
4220813      +EDI: HFC.COM Sep 03 2010 19:48:00      HOUSEHOLD,    PO BOX 5222,    CAROL STREAM IL 60197-5222
4220816       EDI: SEARS.COM Sep 03 2010 19:48:00      SEARS,    P.O. BOX 183082,    COLUMBUS OH 43218-3082
4220818      +EDI: RMSC.COM Sep 03 2010 19:48:00      WALMART,    PO BOX 981084,    EL PASO TX 79998-1084
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             GMAC Mortgage, LLC
cr             The Bank of New York Mellon Trust Company, Nationa
                                                                                  TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 05, 2010                            Signature:   *Joseph Speetjens*